# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EVA GIVEN KOPADDY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVENS, <br>     Plaintiff, <br><br> v. <br><br> (1) POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST an Oklahoma Title 60 authority; et al. <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. CIV-20-1280-G |

## NOTICE OF DISMISSAL FOR SHERIFF MICHAEL D. BOOTH

COMES NOW, Plaintiff, Eva Kopaddy, as Administrator of the Estate of Ronald Given, Deceased, by and through her attorney of record, Ronald "Skip" Kelly, and hereby gives Notice of dismissal on Sheriff Michael Booth pursuant to Fed. R. Civ. P. 41.

              Respectfully Submitted,

              s/Ronald "Skip" Kelly
              Ronald "Skip" Kelly, OBA # 4937
              205 NW 63rd St., Ste. 150
              Oklahoma City, OK 73116
              (405) 235-1976: Tel
              (405) 286-6316: Fax
              kellyron01@yahoo.com
              ATTORNEY FOR PLAINTIFF

              s/Kevin R. Kemper
              Kevin R. Kemper, #32968
              Attorney at
              Law 128 W.
              Hefner
              Oklahoma City, OK 73114
              Phone: (405) 404-4938
              Email: kemperlawoffice@gmail.com
              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 10th day of February 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

/s/ RONALD "SKIP" KELLY
RONALD "SKIP" KELLY