# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EVA GIVEN KOPADDY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVENS, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-20-1280-G ) |
| (1) POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST an Oklahoma Title 60 authority; et al. | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL FOR THE BOARD OF COUNTY COMMISSIONERS FOR POTTAWATOMIE COUNTY

COMES NOW, Plaintiff, Eva Kopaddy, as Administrator of the Estate of Ronald Given, Deceased, by and through her attorney of record, Ronald "Skip" Kelly, and hereby gives Notice of dismissal for the Board of County Commissioners for Pottawatomie County pursuant to Fed. R. Civ. P. 41.

Respectfully Submitted,

s/Ronald "Skip" Kelly
Ronald "Skip" Kelly, OBA # 4937
205 NW 63rd St., Ste. 150
Oklahoma City, OK 73116
(405) 235-1976: Tel
(405) 286-6316: Fax
kellyron01@yahoo.com
ATTORNEY FOR PLAINTIFF

        s/Kevin R. Kemper
        Kevin R. Kemper, #32968
        Attorney at Law
        128 W. Hefner
        Oklahoma City, OK 73114
        Phone: (405) 404-4938
        Email: kemperlawoffice@gmail.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 10th day of February 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

        /s/ RONALD "SKIP" KELLY
        RONALD "SKIP" KELLY