UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EVA GIVEN KOPADDY,<br>as Administrator for the Estate<br>of Ronald Givens,<br><br>  Plaintiff,<br><br>v.<br><br>POTTAWATOMIE COUNTY<br>PUBLIC SAFETY CENTER TRUST,<br>an Oklahoma Title 60 authority, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-20-1280-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court are the Motions to Dismiss (Doc. Nos. 15, 17) filed February 23, 2021. The Motions seek dismissal of Plaintiff's Complaint (Doc. No. 1). On March 16, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 18). Plaintiff's Amended Complaint supersedes the Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motions to Dismiss (Doc. Nos. 15, 17) are DENIED AS MOOT. The pending Motion for Extension of Time (Doc. No. 21) is likewise DENIED AS MOOT.

IT IS SO ORDERED this 3rd day of June, 2021.

_____
CHARLES B. GOODWIN
United States District Judge