## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | EVA GIVEN KOPPADY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVEN, | ) ) ) |
| | Plaintiff, | ) ) |
| v. | | ) Case No. CIV-20-1280-G ) |
| (1) | POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST an Oklahoma Title 60 authority; | ) **JURY TRIAL DEMANDED** ) ) |
| (2) | BREONNA R. THOMPSON, Individually and in her capacity as Executive Director of the Pottawatomie County Public Safety Center Trust; | ) ) ) ) ) |
| (3) | MASON WILSON, individually and in his Capacity as the Chief of Police of the Shawnee Police Department; | ) ) ) ) |
| (4) | BRAD BANEY, individually and in his official capacity as Lieutenant of the Pottawatomie County Public Safety Center; | ) ) ) ) |
| (5) | KORBIN WILLIAMS, individually and in his official capacity as a law enforcement officer; | ) ) ) ) |
| (6) | JAKE DUGGAN, individually and in his/her official capacity as a law enforcement officer; | ) ) ) ) |
| (7-12) | JOHN/JANE DOES (1-6), unknown individuals who were involved but not yet identified, and in their individual capacity, | ) ) ) ) |
| | Defendants. | ) |

## MOTION TO WITHDRAW WITHOUT SUBSTITUTION FOR PLAINTIFF EVA GIVRN KOPADDY, AS ADMINSTRATOR OF THE ESTATE OF RONALD GIVEN

COMES NOW attorney Kevin R. Kemper, Esq., to move this Honorable Court to withdraw him immediately as co-counsel without substitution for Plaintiff, EVA KOPPADY, AS ADMINISTRATOR OF THE ESTATE OF RONALD GIVEN, DECEASED, pursuant to Rule 83.5 of the Local Rules of the United States District Court for the Western District of Oklahoma, for the following reasons.

1.      Counsel has professional obligations requiring his immediate withdrawal from this matter.  5A O.S. § 1.16 (a).

2.      As of today, there are no hearings or deadlines scheduled.

3.      Plaintiff and other Counsel have been informed in writing of Counsel's intent to withdraw.  Counsel has notified the Plaintiff in writing of all if any pending hearings or deadlines. Plaintiff should be contacted at through Co-Counsel until or unless they withdraw from this matter. At this time, no substitution of counsel is needed.

4.      Therefore, Counsel urges this Court to provide the following relief:

A.      Grant the application of Kevin R. Kemper, Esq., of Guthrie, Oklahoma, to allow him and the Law Office of Kevin R. Kemper, PLLC, to withdraw immediately without substitution as an attorney of record for the Plaintiff, EVA GIVEN KOPADDY;

B.      Grant any and other relief that protects the rights of the Plaintiff and in the interests of justice.

Dated this 9th day of June, 2022,

Respectfully submitted,

THE LAW OFFICE OF KEVIN R. KEMPER, PLLC
P.O. Box 454
114 W. Harrison, Suite 201
Guthrie, OK 73044
(405) 877-3043
kemperlawoffice@gmail.com

/s/ *Kevin R. Kemper*
Kevin R. Kemper, Esq., OBA#32968

## CERTIFICATE OF SERVICE

I hereby certify that on or about this 9th day of June, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

I further certify that on or about this 9th day of June, 2022, I mailed in the U.S. Mail, certified with return receipt requested, postage pre-paid, the attached document to the following who is not a registered participant of the ECF System.

EVA GIVEN KOPADDY
2725 S.W. 49th St.
Oklahoma City, OK 73119
*Plaintiff*

/s/ *Kevin R. Kemper*
KEVIN R. KEMPER