UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EVA KOPADDY, as Personal Representative of the Estate of Ronald Given, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER et al.<br><br>    Defendants. | Case No. CIV-20-1280-G |

## ORDER

Now before the Court is Plaintiff Eva Givens' Motion to Strike (Doc. No. 34), seeking to strike Plaintiff counsel's previous Motion to Withdraw as Attorney (Doc. No. 33).

Plaintiff's counsel represents that he filed his Motion to Withdraw because "he had perceived he had some professional obligations requiring his immediate withdrawal from this matter . . . ." Pl.'s Mot. to Strike at 2. Counsel states that he and Plaintiff have since "resolved those issues to their mutual satisfaction." *Id.* Based on counsel's representations, the Court construes the instant Motion as a request to withdraw counsel's previous Motion to Withdraw.

Plaintiff counsel's Motion to Withdraw as Attorney (Doc. No. 33) is DEEMED WITHDRAWN. As a result, Plaintiff's Motion to Strike (Doc. No. 34) and Plaintiff's Motion to Supplement Motion to Strike (Doc. No. 35) are DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of August, 2022.

_____
CHARLES B. GOODWIN
United States District Judge