IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) EVA GIVEN KOPADDY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVENS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-20-1280-G<br>Attorney Fees Claimed |
| (1) POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST an Oklahoma Title 60 authority; | ) ) ) ) ) | |
| (2) BREONNA R. THOMPSON, individually and in her capacity as Executor Director of the Pottawatomie County Public Safety Center Trust; | ) ) ) ) ) ) ) | |
| (3) MASON WILSON, individually and in his Capacity as the Chief of Police of the Shawnee Police Department; | ) ) ) ) ) | |
| (4) BRAD BANEY, individually and in his official capacity as Lieutenant of the Pottawatomie County Public Safety Center Trust; | ) ) ) ) ) | |
| (5) KORBIN WILLIAMS, individually and in his official capacity as law enforcement officer; | ) ) ) | |
| (6) JAKE DUGGAN, individually and in his/her official capacity as a law enforcement officer; | ) ) ) | |
| (7-12) JOHN/JANE DOES (1-6), unknown individuals who were involved but not yet identified, and in their individual capacity, Defendants. | ) ) ) ) ) | |

**MOTION FOR LEAVE TO WITHDRAW AS
PLAINTIFF'S ATTORNEY OF RECORD**

Pursuant to Local Rule 83.5, Attorney Ronald "Skip" Kelly, attorney for Plaintiff, Eva given Kopaddy, hereby respectfully request leave to withdraw as counsel of record for the Plaintiff

in the above captioned matter. Counsel has provided notice of this Motion to the Plaintiff and her other attorney Kevin Kemper and in support shows the Court the following:

1. Circumstances have arisen which have caused the attorney-client relationship between Ronald "Skip" Kelly and Eva Given Kopaddy to deteriorate to a level at which the client's interests would be better served by the substitution of Ronald "Skip" Kelly as counsel for Eva Kopaddy.

2. Plaintiff, Eva Given Kopaddy will continue to be represented by co-counsel Kevin Kemper.

3. Counsel is claiming his attorney fees on quantum meruit basis and total litigation costs incurred up to this stage of the litigation.

WHEREFORE, for the foregoing reasons, Attorney Ronald "Skip" Kelly respectfully request that the Court grant this Motion for Leave to Withdraw as counsel for the Plaintiff.

Respectfully Submitted,

s/Ronald "Skip" Kelly
Ronald "Skip" Kelly, OBA # 4976
205 NW 63rd St., Ste. 150
Oklahoma City, OK 73116
(405) 235-1976: Tel
(405) 286-6316: Fax
kellyron01@yahoo.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December 2022, I electronically transmitted the foregoing instrument to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kevin R. Kemper, #32968
Attorney at Law 128 W. Hefner
Oklahoma City, OK 73114 Phone: (405) 404-4938
Email: kemperlawoffice@gmail.com
Attorney for Plaintiff

Wellon B. Poe, OBA #12440
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105


s/Ronald "Skip" Kelly
Ronald "Skip" Kelly