# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EVA KOPADDY, as Personal Representative of the Estate of Ronald Given, Deceased,** )<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v.  ) | Case No. CIV-20-1280-G |
| ) | |
| **POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is a Motion to Withdraw filed by Attorney Ronald "Skip" Kelly regarding Attorney Kelly's representation of Plaintiff Eva Given Kopaddy. Attorney Chanda Graham has previously entered an appearance on behalf of Plaintiff in this case. *See* Doc. No. 20. Additionally, the Motion notes that Attorney Kevin Kemper will remain of record for Plaintiff. *See* Mot. at 2. The record in this case reflects that Attorney Kemper has not yet filed an entry of appearance as required by Local Civil Rule 83.4, however.

The Motion to Withdraw (Doc. No. 37) is therefore GRANTED. IT IS FURTHER ORDERED that Attorney Kemper shall enter his appearance within seven (7) days of the date of this Order.

IT IS SO ORDERED this 15th day of December, 2022.

CHARLES B. GOODWIN
United States District Judge