4

# **EXHIBIT 1**

URGENT: delivered by U.S. Priority Mail



**THE LAW OFFICE OF KEVIN R. KEMPER, PLLC**

SERVING LOGAN COUNTY
AND THE REST OF
OKLAHOMA AND
INDIAN COUNTRY

(405) 877-3043
KEMPERLAWOFFICE@GMAIL.COM

114 W. HARRISON, SUITE 201
P.O. BOX 454
GUTHRIE, OK 73044

KEVIN R. KEMPER, PH.D., LL.M.
OBA#32968

EXHIBIT

March 6, 2022

Ronald "Skip" Kelly, Esq.
205 NW 63rd St., Suite 150
Oklahoma City, OK 73116

    CC:    Chanda Rene Graham, Esq.
             P.O. Box 7771
             Edmond, OK 73083

             Eva Kopaddy
             2725 S.W. 49th St.
             Oklahoma City, OK 73119

RE:    *Kopaddy v. Pott. Co. Public Safety Ctr. et al.*, 5:20-cv-01280-G (W.D. Okla.);
        *In re the Estate of Ronald Given, Deceased*, PB-2020-75 (Pottawatomie Co.):
        termination of representation

Dear Mr. Kelly and Ms. Graham:

    Our mutual client, Eva Kopaddy, has contacted me to instruct me to communicate with you that **she hereby terminates your representation in the above-referenced cases and requests immediate delivery of her entire file, including but not limited to evidence like the videos** from the Pottawatomie County Public Safety Center. I will continue to represent her at least as long as it takes to bring onboard other counsel more experienced in federal litigation, if possible.

    Therefore, upon her demand, send me a copy of her file and the evidence as soon as possible as you file to withdraw from each matter. Also, please send an itemized accounting of your costs thus far so they can be included in what may be requested from the opposing parties at the end of this litigation.

Licensed: Oklahoma, OBA#32968; U.S. Western District of Oklahoma;
Absentee Shawnee Tribal Ct.; Blackfeet Tribal Ct., Cheyenne & Arapaho Tribal Ct.; Chickasaw Nat. Bar Assoc. #602; Choctaw Nat. Bar Assoc. #308;
Kickapoo Tribe of Okla. Tribal Ct., Iowa Tribe of Okla. Bar Assoc., Osage Nat. Bar Assoc.,
Seminole Nat. of Okla. Bar Assoc.; Wyandotte Nat. Tribal Ct.

Sincerely,

*[signature]*

Kevin R. Kemper, Esq.

I HEREBY DIRECT AND AUTHORIZE
THE REQUESTS IN THIS LETTER

*[signature: Eva M. Ginzen Kopaddy]*

Eva Koppady