IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EVA GIVEN KOPADDY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVENS**<br><br>Plaintiff,<br><br>vs.<br><br>**POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST an Oklahoma Title 60 authority, et al.**<br><br>Defendants. | Case No. 5:20-cv-1280 |

## JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

COMES NOW the Plaintiff Eva Given Kopaddy, Defendant Brad Baney, Defendant Jake Duggan, and Defendant Krobin Williams (hereinafter referred to as "Parties") by and through their undersigned counsel, and jointly request that the existing Scheduling Order [Doc. No. 53] be stricken and all deadlines be extended as requested below. In support of this request for relief, the Parties state as follows:

1. This Court held a Scheduling Conference on May 1, 2024 in which Plaintiff was granted leave to serve Defendant Pottawatomie County Public Safety Center Trust with a Summons and First Amended Complaint. [Doc. No. 18]

2. On May 1, 2024, in addition to providing the relief as stated in ¶ 1, this Court entered a Scheduling Order. [Doc. No. 53].

1

3. Plaintiff timely and properly served Defendant Pottawatomie County Public Safety Center Trust with the Summons and First Amended Complaint [Doc. No. 18] on May 14, 2024, and filed the Return of Service with this Court. [Doc. No. 56].

4. Defendant Pottawatomie County Public Safety Center Trust timely filed a Motion to Dismiss before this Court on June 4, 2024. [Doc. No. 58].

5. Plaintiff timely filed a response and objection to Defendant Pottawatomie County Public Safety Center Trust's Motion to Dismiss on June 19, 2024. [Doc. No. 59].

6. Following this motion practice, Plaintiff has answered two sets of written discovery from Defendant Brad Baney.

7. This case involves complex physical and mental injuries of the Decedent along with complex matters concerning allegations of excessive use of force. Accordingly, significant discovery must take place that will include deposing numerous fact witnesses and treating health care providers as well as consulting with medical experts and use of force experts who may offer testimony and opinions on both damage and liability issues.

8. The Parties are concerned with the possible prejudicial effect that the Parties (and Pottawatomie County Public Safety Center Trust) may encounter should depositions be conducted prior to a ruling on Defendant Pottawatomie County Public Safety Center Trust's Motion to Dismiss [Doc. No. 58]. The Parties desire that all depositions be conducted only once and with all interested and proper parties present.

9. As such (and after good faith discussion among counsel), the Parties jointly agree that additional time is needed before meeting the current Scheduling Order deadlines in this case.

10. No prior extension of deadlines has been requested by any party.

11. The Parties, in an effort to conserve judicial resources and in the interest of judicial economy, therefore request that all current deadlines in this case be stricken until Defendant Pottawatomie County Public Safety Center Trust's Motion to Dismiss [Doc. No. 58] is ruled on by this Court. Following the said ruling of the Court as to the said Motion to Dismiss [Doc. No. 58], the Parties request a Scheduling Conference to be set at the earliest convenience of this Court to issue a new Scheduling Order in this case.

12. This request is made in good faith and not for the purposes of delay or harassment.

13. A proposed order is being submitted herein.

**WHEREFORE**, premises considered, the Parties request the Scheduling Order [Doc. No. 53] be stricken and the deadlines reset following a ruling on Defendant Pottawatomie County Public Safety Center Trust's Motion to Dismiss [Doc. No. 58] as detailed in the attached proposed Order.

Respectfully submitted,

*s/Thomas J. Steece*
THOMAS J. STEECE, OBA No. 11531
OKLAHOMA LEGAL SERVICES, PLLC
12313 Hidden Forest Blvd.
Oklahoma City, Oklahoma 73142
(T):  405-943-8300
(F):  405-603-7112
(E):  tom@oklalegalservices.com
ATTORNEY FOR PLAINTIFF

**AND**

*s/Carson C. Smith* (with consent)
Carson C. Smith, OBA No. 22303
Pierce Couch Hendrickson Baysinger
& Green, LLP
1109 N. Francis Ave.
Oklahoma City, OK  73106
(T) 405-235-1611
(F) 405-235-2904
(E) rlafferrandre@piercecouch.com
*Attorneys for Defendants Jake Duggan and Korbin Williams*

**AND**

*s/Wellon B. Poe* (with consent)
Wellon B. Poe, OBA No. 12440
Collins Zorn & Wagner, PLLC
429 NE 50th Street, Second Floor
Oklahoma City, OK  73105
(T) 405-524-2070
(F) 405-524-2078
(E) wbp@czwlaw.com
*Attorney for Brad Baney*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EVA GIVEN KOPADDY, AS ADMINISTRATOR FOR THE ESTATE OF RONALD GIVENS**<br><br>Plaintiff,<br><br>vs.<br><br>**POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST** an Oklahoma Title 60 authority, et al.<br><br>Defendants. | Case No. 5:20-cv-1280 |

## **ORDER**

Before the Court is the parties' Joint Motion for Extension of Scheduling Order Deadline [Doc. No. 60]. Upon consideration, and for good cause shown, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the current Scheduling Order [Doc. No. 53] deadlines are stricken and that a new Scheduling Order shall be set during a Scheduling Conference following a ruling on the Defendant Pottawatomie County Public Safety Center Trust's Motion to Dismiss [Doc. No. 58].

**IT IS SO ORDERED** this ___ day of _____, 2025.

_____
CHARLES GOODWIN
United States District Judge