UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EVA GIVEN KOPADDY, as Administrator for the Estate of Ronald Givens,<br><br>    Plaintiff,<br><br>v.<br><br>POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, an Oklahoma Title 60 authority, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-20-1280-G<br>)<br>)<br>)<br>)<br>)<br>)  |

## ORDER

Now before the Court is nonparty Timberlake Construction Co., Inc.'s ("Timberlake") Motion to Quash (Doc. No. 76). Plaintiff Eva Given Kopaddy has filed a Response (Doc. No. 77).

Timberlake seeks to quash or modify a subpoena duces tecum (the "Subpoena") served upon it by Plaintiff. *See* Mot. to Quash at 1-2; *id.* Ex. 1, Subpoena (Doc. No. 76-1).[1] Pursuant to Local Civil Rule 37.1, however, the Court "shall refuse to hear" such a motion "unless counsel for movant first advises the [C]ourt in writing that counsel personally have met and conferred in good faith." LCvR 37.1. There is no suggestion in the Motion to Quash that counsel for the relevant party and nonparty met and conferred in accordance with this Rule prior to Timberlake seeking relief from the Court. To the

---

[1] The record does not reflect whether Timberlake served an objection to the Subpoena upon Plaintiff pursuant to Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure prior to filing the Motion to Quash.

contrary, Plaintiff represents that counsel intended to speak by telephone the day after Plaintiff's Response was filed.  *See* Pl.'s Resp. at 4.

Accordingly, Timberlake's Motion to Quash (Doc. No. 76) is DENIED without prejudice.

IT IS SO ORDERED this 8th day of October, 2025.

*[signature]*
CHARLES B. GOODWIN
United States District Judge