UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EVA GIVEN KOPADDY, as Administrator for the Estate of Ronald Givens, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-20-1280-G |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, an Oklahoma Title 60 authority, et al., | ) ) ) ) ) |
| Defendants. | ) |

# THIRD AMENDED SCHEDULING ORDER

Now before the Court is the parties' Joint Motion (Doc. No. 78), seeking to extend the parties' remaining pretrial deadlines. Having considered the Joint Motion and relevant record, the Court finds that good cause exists for an extension. The Joint Motion is therefore GRANTED. The current scheduling order is amended as follows:

| Event | Deadline |
|---|---|
| 3. Plaintiff to serve and file all disclosures required by Fed. R. Civ. P. 26(a)(2), excepting those falling within Rule 26(a)(2)(D)(ii). Reports required under Rule 26(a)(2)(B) should not be filed.<br><br>Defendants to serve and file any amended expert witness list and materials and submit expert reports to Plaintiff 21 days thereafter. | March 20, 2026 |
| 4. Plaintiff to file an amended final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed.*  Defendants to file an amended final list of witnesses (as described above) 14 days thereafter.* | April 6, 2026 |

| | |
|---|---|
| 5. Plaintiff to file an amended final exhibit list.\*  Defendants to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter.\*<br><br>Defendants to file an amended final exhibit list 14 days after filing of Plaintiff's list.\*  Plaintiff to file objections to defendants' final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days after filing of Defendants' list.<br><br>\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises.  Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list. | April 6, 2026 |
| 6. All dispositive and *Daubert* motions to be filed. | May 1, 2026 |
| 7. Discovery to be completed.<br><br>The deadline for dispositive and *Daubert* motions precedes the discovery deadline.  The parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline. | June 1, 2026 |
| 8. Trial docket.\*\*<br><br>\*\*Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.<br><br>The interval between the dispositive motion deadline (para. 6) and the trial docket (para. 8) is inflexible.  An extension of time to file or respond to a motion for summary judgment, if granted, will likely affect the trial setting. | August 11, 2026 |
| 9. Designations of deposition testimony to be used at trial. | July 13, 2026 |
| Objections and counterdesignations to be filed. | July 20, 2026 |
| Objections to counterdesignations to be filed. | July 27, 2026 |
| *Submission to Court of Depositions to Be Used at Trial*:  The parties shall submit to the Court a transcript of any deposition listed for use at trial.  The party that initially listed the deposition shall mark the transcript as follows: (a) initially designated testimony shall be highlighted in yellow; (b) counter-designated testimony shall be highlighted in blue; and (c) testimony that is the subject of | August 3, 2026 |

| | |
|---|---|
| an objection shall be underlined, with the basis for the objection briefly noted in the margin. The designating party shall submit the marked transcripts in PDF format to goodwin-orders@okwd.uscourts.gov and in paper format to the Court Clerk's Office. | |
| *Submission to Court of Proposed Orders on Objections to Deposition Designations and Counter-Designations:* The parties shall submit proposed orders in conjunction with any objections to designations or counter-designations of deposition testimony. The proposed orders shall be submitted by the party raising the objections and shall be submitted in Word format to goodwin-orders@okwd.uscourts.gov. Specifically, each proposed order shall identify the deponent and list the page and line numbers associated with each objection. | August 10, 2026 |
| 10. Motions in limine (other than *Daubert* motions) to be filed. | July 13, 2026 |
| 11. Requested voir dire to be filed. | July 13, 2026 |
| 12. Trial briefs (optional unless otherwise ordered). | July 13, 2026 |
| 13. Requested jury instructions and proposed verdict forms to be filed.*** | July 13, 2026 |
| 14. Proposed findings and conclusions of law to be filed no later than _____.*** ***In addition to filing, the parties shall submit their proposed jury instructions and verdict forms in Word format to the Clerk via the Court's designated mailbox: goodwin-orders@okwd.uscourts.gov. | N/A |
| 15. Any objection or responses to the trial submissions referenced in paragraphs 10, 11, 12, 13, or 14 to be filed within seven (7) days. Replies, if warranted, to be filed within three (3) days. | |
| 16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), to be filed. A proposed order approving the report shall be submitted to the Clerk via the Court's designated mailbox: goodwin-orders@okwd.uscourts.gov. | July 13, 2026 |
| Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, **prior to the trial docket**. | |

IT IS SO ORDERED this 16th day of October, 2025.

                                                   */s/ Charles B. Goodwin*
                                                   CHARLES B. GOODWIN
                                                   United States District Judge