IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EVA KOPADDY, as Personal Representative of the Estate of Ronald Given, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Case No. CIV-20-1280-G |
| | ) | |
| POTTAWATOMIE COUNTY PUBLIC SAFETY CENTER TRUST, an Oklahoma Title 60 authority; *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT APPLICATION FOR PROTECTIVE ORDER

**COME NOW** the parties and respectfully move this Court to enter the Agreed Protective Order, submitted to this Court via email and attached hereto as Exhibit 1. In support of this Application, the parties show this Court as follows:

1. The parties are currently engaged in written discovery and document production.

2. Certain documents and information have been requested in this case which one or more of the parties may believe to be confidential.

3. In order to facilitate the free flow of information and protect against the disclosure of information deemed "confidential" to certain persons, the parties have agreed to the proposed Agreed Protective Order.

4. Due to the forthcoming dismissal as to Defendants Jake Duggan and Korbin Williams, they are not part of this protective order matter.

5. A copy of the proposed Agreed Protective Order is attached hereto as Exhibit 1.

**WHEREFORE**, all premises considered, the parties respectfully request this Court's approval of the proposed Agreed Protective Order, which will be submitted for the Court's consideration via email and attached hereto as Exhibit 1.

Respectfully submitted,

s/ Howard T. Morrow
Wellon B. Poe, OBA No. 12440
Howard T. Morrow, OBA No. 32650
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:   (405) 524-2070
Facsimile:   (405) 524-2078
Email:       wbp@czwlaw.com
             htm@czwlaw.com

**_Attorneys for Defendants Pottawatomie County Public Safety Center Trust and Brad Baney_**

s/ Zachary T. Megee
(_signed by filing attorney with permission_)
Zachary T. Megee, OBA No. 33972
Z. T. Megee Law, LLC
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142
Telephone:   (405) 943-8300
Facsimile:   (405) 603-7112
zach@ztmegeelaw.com

2

Kevin R. Kemper, OBA No. 32968
Law Office of Kevin R. Kemper, PLLC
P.O. Box 454
Guthrie, OK 73044
Telephone:    (405) 877-3043
kemperlawoffice@gmail.com

Thomas J. Steece, OBA No. 11531
Oklahoma Legal Services, PLLC
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142
Telephone:    (405) 943-8300
Facsimile:    (405) 603-7112
tom@oklalegalservices.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kevin R. Kemper, kemperlawoffice@gmail.com
The Law Office of Kevin R. Kemper, PLLC
P.O. Box 454
Guthrie, OK 73044

Thomas J. Steece, tom@oklalegalservices.com
Oklahoma Legal Services, PLLC
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142

Zachary T. Megee, zach@ztmegeelaw.com
Z. T. Megee Law, LLC
12313 Hidden Forest Blvd.
Oklahoma City, OK 73142
***Attorneys for Plaintiff***

3

Robert S. Lafferrandre, rlafferrandre@piercecouch.com
Carson C. Smith, csmith@piercecouch.com
Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
1109 N. Francis Avenue
Oklahoma City, OK  73106
***Attorneys for Defendants Jake Duggan***
***and Korbin Williams***

s/ Howard T. Morrow
Howard T. Morrow